**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **SARA CARDENAS and** | * | |
| **JACOB CARDENAS,** | * | |
| | * | |
| *Plaintiffs*, | * | |
| | * | |
| **v.** | * | **CIVIL ACTION NO.: _____** |
| | * | |
| **JOSE GARCIA and** | * | |
| **ROAD WARRIORS, INC.,** | * | |
| | * | |
| *Defendants*. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## EXHIBIT 1

## INDEX OF MATTERS BEING FILED

As required by Local Rule 81, the following is a list of the documents being filed with the Notice of Removal in this action:

**Exhibit 1:**  Index of Matters Being Filed;

**Exhibit 2:**  Copies of documents on file in the State Court Action, including the Docket Sheet, all pleadings asserting causes of action, executed process in the case, and any orders signed by the state judge; and

**Exhibit 3:**  List of All Counsel of Record.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **SARA CARDENAS and** | * | |
| **JACOB CARDENAS,** | * | |
| | * | |
| *Plaintiffs*, | * | |
| | * | |
| **v.** | * | **CIVIL ACTION NO.: _____** |
| | * | |
| **JOSE GARCIA and** | * | |
| **ROAD WARRIORS, INC.,** | * | |
| | * | |
| *Defendants*. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**EXHIBIT 2**

**STATE COURT ACTION DOCUMENTS**

**HCDistrictclerk.com**      CARDENAS, SARA vs. GARCIA, JOSE                    11/14/2017
                            Cause: 201763852      CDI: 7      Court: 151

### DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| restricted | Citation | | 11/10/2017 | 2 |
| restricted | Civil process pick-up form | | 09/28/2017 | 1 |
| restricted | Plaintiffs Original Petition and Request For Disclosure | | 09/07/2017 | 7 |
| -> restricted | Civil Case Information Sheet | | 09/07/2017 | 2 |
| -> restricted | Civil Process Request | | 09/07/2017 | 1 |

9/26/2017 8:06 PM
Chris Daniel - District Clerk Harris County
Envelope No. 19688506
By: Rayshana Alexander
Filed: 9/7/2017 7:37 PM

## 2017-63852 / Court: 151

CAUSE NO._____

| | | |
|---|---|---|
| SARA CARDENAS. and | § | IN THE DISTRICT COURT |
| JACOB CARDENAS | § | |
| Plaintiffs | § | |
| | § | OF |
| | § | |
| vs. | § | |
| | § | HARRIS COUNTY, TEXAS |
| | § | |
| JOSE GARCIA and | § | |
| ROAD WARRIORS, INC. | § | |
| Defendants | § | _____JUDICIAL DISTRICT |

### PLAINTIFFS' ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiffs SARA CARDENAS and JACOB CARDENAS and file this

Original Petition complaining of Defendants JOSE GARCIA and ROAD WARRIORS, INC. and

for cause of action would respectfully show this Honorable Court the following:

### I.

### DISCOVERY LEVEL

Pursuant to Rule 190.4 of the Texas Rules of Civil Procedure, Plaintiff respectfully

requests that discovery be conducted pursuant to Level 3 and that a discovery control plan be

entered to govern discovery in this case.

### II.

### PARTIES

Plaintiffs SARA CARDENAS and JACOB CARDENAS are residents of Harris County,

Texas.   The last three digits of SARA CARDENAS' driver's license number are 164.   The last

three digits of SARA CARDENAS' Social Security number are 523.   Jacob Cardenas has not

been issued a driver's license.   The last three digits of JACOB CARDENAS' Social Security

Plaintiff's Original Petition 1

Certified Document Number: 76783259 - Page 1 of 7

number are 116.

Defendant ROAD WARRIORS, INC. is a corporation existing under the laws of the state of North Carolina with its principal place of business in Monroe, Union County, North Carolina and may be served with citation by serving its President and Registered Agent for service of process, Hanny Concepcion at 600 Sandy Ridge Road, Monroe NC 28112-7314

Defendant Jose Garcia is a resident of Hialeah, Miami-Dade County, Florida and may be served with citation at: 5150 12th Ave. #202, Hialeah, Florida 33012.

### III.

### JURISDICTION AND VENUE

Venue is proper in the county in which this lawsuit has been filed on the grounds that at all times material to this lawsuit and to the filing of this lawsuit, all or a substantial part of the events or omissions giving rise to the claims occurred in Harris County, Texas. The State of Texas has jurisdiction over the foreign defendants in this matter because both foreign defendants have sufficient minimum contacts with Texas such that the exercise of jurisdiction by Texas does not offend traditional notions of fair play and substantial justice.

### IV.

### FACTS

On or about March 11, 2016, Plaintiffs SARA CARDENAS and JACOB CARDENAS were in their automobile stopped behind a tractor-trailer rig at the intersection of Central Street and SH225 in Houston, Harris County Texas when, without warning, Defendant JOSE GARCIA backed up the tractor-trailer rig belonging to Defendant ROAD WARRIORS, INC. and thereby caused the trailer to violently collide with the vehicle occupied by Plaintiffs. The force of that collision caused plaintiffs' bodies to be thrown violently forward and back in a whip-like motion

Certified Document Number: 76783259 - Page 2 of 7

which proximately caused plaintiffs' bodily injuries.   Plaintiffs' vehicle was severely damaged.

At all times material to this lawsuit, the tractor-trailer which collided with the Plaintiffs was owned and/or maintained and/or leased and/or operated and/or controlled by Defendant ROAD WARRIORS, INC. and operated and driven by Defendant JOSE GARCIA, while in the course and scope of his employment and/or statutory employment with Defendant ROAD WARRIORS, INC.

V.

**NEGLIGENCE**

At all times relevant, Defendant ROAD WARRIORS, INC. engaged in conduct constituting negligence and such acts and omissions, among others, are as follows:

1.  In failing to properly train its driver;

2.  In failing to properly supervise its driver;

3.  In failing to properly monitor its driver; and

4.  In failing to provide for the safe operation of its truck
    such as the one involved in the collision in question.

More specifically at the time of the collision, the driver of the Defendant ROAD WARRIORS INC.'s tractor-trailer, Defendant JOSE GARCIA, was the employee and/or statutory employee of Defendant ROAD WARRIORS, INC.   by operation of law under the Federal Motor Carrier Safety Act, and other applicable law, and such Defendant ROAD WARRIORS, INC. had a duty to exercise ordinary care and operate such truck reasonably and prudently at the time of the collision in question.

At all times material hereto, all of the agents, servants, and employees for Defendant ROAD WARRIORS, INC. who were connected with the occurrence made the subject of this cause of action were acting within the course and scope of their employment or agency relationship or

Plaintiff's Original Petition                    3

official duties and in furtherance of the duties of their employment or agency or office; and these

agents, servants, and employees were acting in a managerial capacity or as vice-principals, and the

acts committed by them, were authorized, approved, and ratified by Defendant ROAD

WARRIORS, INC.

Defendant JOSE GARCIA, for whose acts and omissions Defendant ROAD

WARRIORS, INC. are in all things responsible, engaged in certain acts and omissions

constituting negligence, and such acts and omissions, among others, are as follows:

1.  In failing to make sure his way was clear before reversing and backing up
    the tractor-trailer rig;

2.  In failing to plan his route to avoid the necessity of reversing and backing
    up in a public street;

3.  In failing to warn persons in his path of his approach; and

4.  In failing to operate his truck in accordance with the Federal Motor Carrier
    Safety regulations and the Texas Transportation Code.

At all times material hereto, Defendant JOSE GARCIA was acting within the course and scope

of his employment and/or statutory employment with the Defendants ROAD WARRIORS, INC..

Thus, Defendant ROAD WARRIORS, INC. is vicariously liable for the negligence of their driver

Defendant JOSE GARCIA.

## VI.

### CAUSATION

The acts and omissions constituting negligence described herein were each a proximate cause of

the occurrence in question, and the injuries and damages sustained by Plaintiffs.    At all times material

to this lawsuit, Defendant JOSE GARCIA was an employee, statutory employee or agent of Defendants

ROAD WARRIORS, INC.   He also was engaged in the furtherance of the business of and was in the

Certified Document Number: 76783259 - Page 4 of 7

Plaintiff's Original Petition                    4

course and scope of his employment or agency relationship with Defendants ROAD WARRIORS, INC.

At all times material to this lawsuit, Defendant JOSE GARCIA was using such truck with the actual or implied authority and permission of Defendants ROAD WARRIORS, INC., and Defendant JOSE GARCIA was subject to the direction and control of and in the furtherance of a mission for the benefit of the Defendants ROAD WARRIORS, INC.

At all times material to this lawsuit, Defendants ROAD WARRIORS, INC. permitted Defendant JOSE GARCIA to operate the truck in question when Defendants ROAD WARRIORS, INC. knew, or in the exercise of ordinary care should have known, that Defendant JOSE GARCIA was an unsafe driver and operator.   Such acts and omissions constitute negligence, and such acts were a proximate cause of the occurrence in question and the injuries and damages sustained by Plaintiffs.   Plaintiffs hereby invoke the doctrine of negligent entrustment.

## IX.

## DAMAGES

As a result of the occurrence, Plaintiffs SARA CARDENAS and JACOB CARDENAS sustained substantial damages as described below.

At the time of the occurrence, Plaintiff SARA CARDENAS. was 49 years of age, was in good health and was employed and earning an income for her family.   As a result of the occurrence, Plaintiff SARA CARDENAS. suffered a loss of earnings in the past.

As a further result of this occurrence, Plaintiffs SARA CARDENAS and JACOB CARDENAS have incurred medical expenses in the past, and will, in reasonable probability, incur medical expenses in the future. Such expenses are and will be reasonably necessary for the injuries sustained, and are and will be reasonable and customary in the community in which they

Certified Document Number: 76783259 - Page 5 of 7

were and will be incurred.

As a further result of this occurrence, Plaintiffs SARA CARDENAS and JACOB CARDENAS suffered physical pain and mental anguish in the past, and will suffer, in reasonable probability, physical pain and mental anguish in the future; and Plaintiffs SARA CARDENAS and JACOB CARDENAS have sustained physical impairment in the past, and will sustain, in reasonable probability, physical impairment in the future.

In view of all the matters alleged herein, the sum of money, if paid now in cash, that would fairly and reasonably compensate Plaintiffs SARA CARDENAS and JACOB CARDENAS for their actual damages is a sum of money substantially in excess of the minimum jurisdictional limits of this Court and is an amount between $200,000.00 and $1,000,000.00 to be determined by the jury.

## X.

## REQUEST FOR DISCLOSURE

Pursuant to Texas Rule of Civil Procedure 194, Plaintiffs requests that Defendants disclose, within 50 days of service of this Request, the information or material described in Rule 194.2(a)-(l).

## XI.

## INTEREST

Plaintiffs plead for any and all prejudgment and post-judgment interest.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that the Defendants be cited to appear and answer herein; that upon trial hereof Plaintiffs have judgment of the Court against the Defendants in an amount in excess of the jurisdictional limits of this Honorable Court together with pre-judgment and post-judgment interest as provided by applicable law.   Plaintiffs

Certified Document Number: 76783259 - Page 6 of 7

Plaintiff's Original Petition                             6

further pray for all costs of court; and for all such other and further relief, both general and special, legal and equitable, to which he has shown or may show himself justly entitled.

## XII.

## JURY DEMAND

PLAINTIFFS RESPECTFULLY REQUEST A JURY TRIAL.   The jury fee is being paid simultaneously with the filing of Plaintiffs' Original Petition.

Respectfully submitted,

DAVILA LAW FIRM

*/S/ A. T. Davila*
A. T. DAVILA
State Bar No. 24006218
tdavila@davilalegal.com
4031 Broadway
Houston, Texas 77087-4741
(713) 926-0000
(713) 643-8000 [FAX]

ATTORNEY FOR PLAINTIFFS



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   November 14, 2017

Certified Document Number:        76783259 Total Pages:  7

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

9/20/2017 3:06:20 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 19688506
By: ALEXANDER, RAYSHANA D
Filed: 9/7/2017 7:37:23 PM

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY):* 2017-63852 / Court: 151 ___ COURT *(FOR CLERK USE ONLY):* ___

STYLED SARA CARDENAS AND JACOB CARDENAS V. JOSE GARCIA AND ROAD INC.

(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information shoul the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entit |
|---|---|---|---|
| Name:<br><br>A. T. Davila | Email:<br>tdavila@davilalegal.com | Plaintiff(s)/Petitioner(s):<br><br>Sara Cardenas<br>Jacob Cardenas | ☒ Attorney for Pl<br>☐ Pro Se Plaintif<br>☐ Title IV-D Age<br>☐ Other: ____ |
| Address:<br>4031 Broadway | Telephone:<br>713-926-0000 | | Additional Parties |
| City/State/Zip:<br>Houston TX 77087 | Fax:<br>713-643-8000 | Defendant(s)/Respondent(s):<br><br>Jose Garcia<br>Road Warriors, Inc. | Custodial Parent:<br><br>Non-Custodial Par<br><br>Presumed Father: |
| Signature:<br>*A. T. Davila* | State Bar No:<br>24006218 | [Attach additional page as necessary to list all parties] | |

**2. Indicate case type, or identify the most important issue in the case (select only 1):**

| Civil | | | | Family Law |
|---|---|---|---|---|
| | | | | Po |

| Contract | Injury or Damage | Real Property | Marriage Relationship | |
|---|---|---|---|---|
| *Debt/Contract*<br>☐ Consumer/DTPA<br>☐ Debt/Contract<br>☐ Fraud/Misrepresentation<br>☐ Other Debt/Contract:<br><br>*Foreclosure*<br>☐ Home Equity—Expedited<br>☐ Other Foreclosure<br>☐ Franchise<br>☐ Insurance<br>☐ Landlord/Tenant<br>☐ Non-Competition<br>☐ Partnership<br>☐ Other Contract: | ☐ Assault/Battery<br>☐ Construction<br>☐ Defamation<br>*Malpractice*<br>　☐ Accounting<br>　☒ Legal<br>　☐ Medical<br>　☐ Other Professional<br>　　Liability: _____<br>☒ Motor Vehicle Accident<br>☐ Premises<br>*Product Liability*<br>　☐ Asbestos/Silica<br>　☐ Other Product Liability<br>　　List Product:<br><br>☐ Other Injury or Damage: | ☐ Eminent Domain/<br>　Condemnation<br>☐ Partition<br>☐ Quiet Title<br>☐ Trespass to Try Title<br>☐ Other Property:<br>　____<br><br>**Related to Criminal<br>Matters**<br>☐ Expunction<br>☐ Judgment Nisi<br>☐ Non-Disclosure<br>☐ Seizure/Forfeiture<br>☐ Writ of Habeas Corpus—<br>　Pre-indictment<br>☐ Other: _____ | ☐ Annulment<br>☐ Declare Marriage Void<br>*Divorce*<br>　☐ With Children<br>　☐ No Children<br><br><br>**Other Family Law**<br>☐ Enforce Foreign<br>　Judgment<br>☐ Habeas Corpus<br>☐ Name Change<br>☐ Protective Order<br>☐ Removal of Disabilities<br>　of Minority<br>☐ Other: _____ | ☐ En<br>☐ Mo<br>☐ Mo<br><br>☐ En<br>☐ Pat<br>☐ Re<br>☐ Sup<br><br>Par<br>☐ Ac<br>　Ter<br>☐ Ch<br>☐ Ch<br>☐ Cu<br>☐ Ge<br>☐ Gr<br>☐ Pa<br>☐ Te<br>　Ri<br>☐ Ot |

| Employment | Other Civil | | | |
|---|---|---|---|---|
| ☐ Discrimination<br>☐ Retaliation<br>☐ Termination<br>☐ Workers' Compensation<br>☐ Other Employment: | ☐ Administrative Appeal<br>☐ Antitrust/Unfair<br>　Competition<br>☐ Code Violations<br>☐ Foreign Judgment<br>☐ Intellectual Property | ☐ Lawyer Discipline<br>☐ Perpetuate Testimony<br>☐ Securities/Stock<br>☐ Tortious Interference<br>☐ Other: | | |

| Tax | Probate & Mental Health | |
|---|---|---|
| ☐ Tax Appraisal<br>☐ Tax Delinquency<br>☐ Other Tax | *Probate/Wills/Intestate Administration*<br>☐ Dependent Administration<br>☐ Independent Administration<br>☐ Other Estate Proceedings | ☐ Guardianship—Adult<br>☐ Guardianship—Minor<br>☐ Mental Health<br>☐ Other: _____ |

**3. Indicate procedure or remedy, if applicable (may select more than 1):**

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court<br>☐ Arbitration-related<br>☐ Attachment<br>☐ Bill of Review<br>☐ Certiorari<br>☐ Class Action | ☐ Declaratory Judgment<br>☐ Garnishment<br>☐ Interpleader<br>☐ License<br>☐ Mandamus<br>☐ Post-judgment | ☐ Prejudgment Remedy<br>☐ Protective Order<br>☐ Receiver<br>☐ Sequestration<br>☐ Temporary Restraining O<br>☐ Turnover |

**4. Indicate damages sought (do not select if it is a family law case):**

Certified Document Number: 76783260 - Page 1 of 2

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100, 000 but not more than $200,000
☒ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   November 14, 2017

Certified Document Number:        76783260 Total Pages:  2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

9/28/2017 5:05:20 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 19688506
By: ALEXANDER, RAYSHANA D
Filed: 9/7/2017 7:37:23 PM

## 2017-63852 / Court: 151
### CIVIL PROCESS REQUEST

**FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING**
**FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED**

CASE NUMBER: _____   CURRENT COURT: _____

TYPE OF INSTRUMENT TO BE SERVED (See Reverse For Types): *Original Petition*

FILE DATE OF MOTION: _____ 09 / 06 / 2017
                                  Month/  Day/  Year

SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

1. NAME: *Jose' Garcia*
   ADDRESS: *5150 12th Avenue, Hialeah FL 33012*
   AGENT, *(if applicable):* _____

TYPE OF SERVICE/PROCESS TO BE ISSUED (*see reverse for specific type*): _____

SERVICE BY *(check one)*:
- ☐ ATTORNEY PICK-UP                    ☐ CONSTABLE
- ☒ CIVIL PROCESS SERVER - Authorized Person to Pick-up: *Clear Legal Box 137* Phone: 28
- ☐ MAIL                                ☐ CERTIFIED MAIL
- ☐ PUBLICATION:
     Type of Publication:   ☐ COURTHOUSE DOOR, or
                            ☐ NEWSPAPER OF YOUR CHOICE: _____
- ☐ OTHER, *explain* _____

*******************************************************************

****

2. NAME: *Road Warriors, Inc.*
   ADDRESS: *600 Sandy Ridge Rd., Monroe NC. 28*
   AGENT, *(if applicable):* *Hanny Concepcion*

TYPE OF SERVICE/PROCESS TO BE ISSUED (*see reverse for specific type*): _____

SERVICE BY *(check one)*:
- ☐ ATTORNEY PICK-UP                    ☐ CONSTABLE
- ☒ CIVIL PROCESS SERVER - Authorized Person to Pick-up: *Clear Legal Box 137* Phone: 28
- ☐ MAIL                                ☐ CERTIFIED MAIL
- ☐ PUBLICATION:
     Type of Publication:   ☐ COURTHOUSE DOOR, or
                            ☐ NEWSPAPER OF YOUR CHOICE: _____
- ☐ OTHER, *explain* _____

ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:
NAME: *A. T. Davila*                    TEXAS BAR NO./ID NO. *24006219*
MAILING ADDRESS: *4031 Broadway, Houston TX 77087-4741*
PHONE NUMBER: *713* _____ *926-0000*          FAX NUMBER: *713* _____
                area code   phone number                          area code  fax num
EMAIL ADDRESS: *tdavila@davilalegal.com*

Page 1 of 2

CIV/C109 Revised 04/00

Certified Document Number: 7678326 1 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   November 14, 2017

Certified Document Number:        76783261 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**



# CHRIS DANIEL
### HARRIS COUNTY DISTRICT CLERK

ENTERED ___
VERIFIED ___

## Civil Process Pick-Up Form

### CAUSE NUMBER: 2017-63852

ATY_____      CIV __X__      COURT __151__

| REQUESTING ATTORNEY/FIRM NOTIFICATION |
|---|
| *ATTORNEY: Davila, Adolph                 PH: (713) 926-0000 |
| *CIVIL PROCESS SERVER: Clear Legal              BOX #: 137 |
| *PH: (832) 202-6331 |
| *PERSON NOTIFIED SVC READY: _____ |
| * NOTIFIED BY: Jacob |
| DATE: 10/2 |

Type of Service Document:____cit____      Tracking Number 73418213
Type of Service Document:_____      Tracking Number _____10_____
Type of Service Document:_____      Tracking Number _____
Type of Service Document:_____      Tracking Number _____
Type of Service Document:_____      Tracking Number _____
Type of Service Document:_____      Tracking Number _____
Type of Service Document:_____      Tracking Number _____

Process papers prepared by:     Jacob Blessing

Date: 9-__28__-2017      30 days waiting 10-__28__-2017

| |
|---|
| *Process papers released to: Randy Vechurella |
|              (PRINT NAME) |
| 832 367 6096 |
| *(CONTACT NUMBER)          (SIGNATURE) |
| *Process papers released by: _____ |
|              (PRINT NAME) |
|              (SIGNATURE) |
| * Date: 10/14 , 2016  Time: 1:03  AM / PM |

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

Revised 12-15-2014

Certified Document Number: 76898122 - Page 1 of 1




I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   November 14, 2017

Certified Document Number:        76898122 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

11/10/2017 12:50 PM
Chris Daniel - District Clerk Harris County
Envelope No. 20644365
By: Anna Evetts
Filed: 11/10/2017 12:50 PM

COPY OF PLEADING PROVIDED

CAUSE NO. 201363852

RECEIPT NO.                    0.00        CIV
                                        TR # 73418213

PLAINTIFF: CARDENAS, SARA                In The  151st
            vs.                          Judicial District Court
DEFENDANT: GARCIA, JOSE                  of Harris County, Texas
                                         151ST DISTRICT COURT
                                         Houston, TX

CITATION (NON-RESIDENT)

THE STATE OF TEXAS
County of Harris

RECEIVED
OCT 0 6 2017
BY:

TO: GARCIA, JOSE

    5150  12TH AVE #202   HIALEAH  FL  33012

    Attached is a copy of PLAINTIFFS' ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

This instrument was filed on the 7th day of September, 2017, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:

    This citation was issued on 28th day of September, 2017, under my hand and
seal of said Court.



Issued at request of:
DAVILA, ADOLPH THEODORE          CHRIS DANIEL, District Clerk
4031 BROADWAY STREET             Harris County, Texas
HOUSTON, TX  77087               201 Caroline, Houston, Texas 77002
Tel: (713) 926-0000              (P.O. Box 4651, Houston, Texas 77210)
Bar No.: 24006218                Generated By: BLESSING, JACOB K  IWD//10782004

STATE OF _____
                              OFFICER/AUTHORIZED PERSON RETURN
County of _____

PERSONALLY APPEARED before me, the undersigned authority,
who being by me duly sworn, deposes and says that in the County of _____
State of _____ he delivered to the within named defendants in person at the
following times and places to wit:

| NAME | DATE | | | TIME | | PLACE |
| | MONTH | DAY | YEAR | HOUR | MIN | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

a true copy of this notice, with a copy of:

accompanying same; and further, that he is an adult and is in no manner interested in this suit
and is the person competent to make oath of the fact.

                                        _____
                                            Affiant/Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                                        _____
AFFIDAVIT                                   Notary Public
ATTACHED

N.INT.CITN.P                    *73418213*

## AFFIDAVIT OF SERVICE

State of Texas                       County of Harris                       District Court

Case Number: 2017-63852

Plaintiff:
SARA CARDENAS, and JACOB CARDENAS

vs.

Defendant:
JOSE GARCIA and ROAD WARRIORS, INC

For:
A. T. Davila, Esq.
Davila Law Firm
4031 Broadway
Houston, TX 77087-4741

Received by Clear Legal Process Service on the 27th day of October, 2017 at 10:20 am to be served on Jose Garcia, 5150 12 Ave., #202, Hialeah, FL 33012.

I, Rafael Lainez, being duly sworn, depose and say that on the **1st day of November, 2017 at 5:00 pm, I:**

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the Citation, Plaintiff's Original Petition and Request for Disclosure to Jose Garcia at the address of: **5150 12 Ave., #202, Hialeah, FL 33012** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, pursuant to F.S. 48.031(1).

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true and correct, that I am a Sheriff's Appointed process server in the county in which service was effected in accordance with Florida Statutes and I have no interest in the above action.

Subscribed and Sworn to before me on the 3rd day of November, 2017 by the affiant who is personally known to me.

NOTARY PUBLIC

EVERTON E BAGOO
Notary Public - State of Florida
Commission # GG 036687
My Comm. Expires Jan 5, 2021
Bonded through National Notary Assn.

Rafael Lainez
#1598

Clear Legal Process Service
P.O. Box 62945
Houston, TX 77205
(281) 528-2071

Our Job Serial Number: MJD-2017010674
Ref: 103167.1

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1g

Certified Document Number: 77392223 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this ___November 14, 2017___

Certified Document Number:        77392223 Total Pages:  2

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

Harris County Docket Sheet

# 2017-63852

**COURT:** 151st
**FILED DATE:** 9/7/2017
**CASE TYPE:** Motor Vehicle Accident



### CARDENAS, SARA

Attorney: DAVILA, ADOLPH THEODORE

### vs.

### GARCIA, JOSE

| Docket Sheet Entries | |
| --- | --- |
| Date | Comment |
| | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SARA CARDENAS and<br>JACOB CARDENAS,<br><br>   *Plaintiffs*,<br><br>**v.**<br><br>JOSE GARCIA and<br>ROAD WARRIORS, INC.,<br><br>   *Defendants*. | *<br>*<br>*<br>*<br>*<br>*  CIVIL ACTION NO.: _____<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## EXHIBIT 3

### LIST OF ALL COUNSEL OF RECORD

**ATTORNEYS FOR PLAINTIFFS:**

A.T. Davila
Texas State Bar No. 24006218
tdavila@davilalegal.com
**DAVILA LAW FIRM**
4031 Broadway
Houston, Texas 77087
Telephone: (713) 926-0000
Fax: (713) 643-8000

*Attorneys for Plaintiffs Sara Cardenas and Jacob Cardenas*

**ATTORNEYS FOR DEFENDANTS:**

Mark L. Clark
**THOMPSON, COE, COUSINS & IRONS, LLP**
One Riverway, Suite 1400
Houston, Texas 77056
Tel: (713) 403-8286
Fax: (713) 403-8299
Email:  mlclark@thompsoncoe.com

Craig J. Geraci, Jr.
**THOMPSON, COE, COUSINS & IRONS, LLP**
650 Poydras Street, Suite 2105
New Orleans, Louisiana 70130
Tel: (504) 526-4328
Fax: (504) 526-4310
Email: cgeraci@thompsoncoe.com

*Attorneys for Defendants Jose Garcia and Road Warriors, Inc*.