United States District Court
Southern District of Texas
**ENTERED**
March 09, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SARA CARDENAS, and <br> JACOB CARDENAS, | § § § | |
| *Plaintiffs*, | § § | CIVIL ACTION NO.:4:17-cv-03488 |
| V. <br> JOSE GARCIA and <br> ROAD WARRIORS, INC., | § § § § § | |
| *Defendants*. | § | |

## ORDER OF DISMISSAL

On this day came to be considered Plaintiffs Sara Cardenas and Jacob Cardenas and Defendants Jose Garcia and Road Warriors, Inc.'s Joint Motion for Dismissal with prejudice. The Court, having reviewed the pleadings in this matter and being advised that the parties have reached a resolution of this dispute, finds that the Joint Motion for Dismissal should be granted.

IT IS, THEREFORE, ORDERED that the present action by Plaintiffs Sara Cardenas and Jacob Cardenas against Defendants Jose Garcia and Road Warriors, Inc. is hereby **DISMISSED** with prejudice, with all taxable costs to be borne by the party incurring the same.

SIGNED this 9th day of March, 2018.

_____
JUDGE PRESIDING